FILED
2008 May-28  AM 09:46
U.S. DISTRICT COURT
N.D. OF ALABAMA

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF ALABAMA
## NORTHEASTERN DIVISION

| | |
|---|---|
| **TERRY GRAHAM,** | ) |
| **Plaintiff,** | ) |
| vs. | ) CV 08-B-0187-S |
| **NATIONAL ACTION FINANCIAL SERVICES, INC.,** | ) |
| **Defendant.** | ) |

## DISMISSAL ORDER

The court has been advised by counsel that the above-styled cause has been settled. It is therefore **ORDERED** that this cause is hereby **DISMISSED** without prejudice to the right of any party to reopen the case within sixty (60) days, upon good cause shown, or to submit a stipulated form of final judgment.

**DONE**, this the 28th day of May, 2008.

_____
SHARON LOVELACE BLACKBURN
CHIEF UNITED STATES DISTRICT JUDGE